**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| ANTONIO POU, JR., ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Civil 3:12cv299 |
| ) | |
| WITTSTADT TITLE & ESCROW CO. LLC., et al.,) | |
|    Defendants. ) | |

FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

Wittstadt Title & Escrow Company, LLC

in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

Mark Wittstadt; Gerard Wittstadt.

                                        Respectfully Submitted,
                                        Wittstadt Title & Escrow Company, LLC
                                        By Counsel


MORRIS | HARDWICK | SCHNEIDER PLLC
Counsel for Defendant WTEC

      By: _/s/ Kevin R. Hildebeidel_____
      Kevin R. Hildebeidel, Esq. VSB # 35645
      22375 Broderick Drive, Suite 210
      Dulles, Virginia  20166
      Tel: 703-330-3265
      Fax: 703-330-8315
      Efax: 678-946-0312
      Email: khildebeidel@closingsource.net